Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Eastern District of Virginia - (Newport News)
## CRIMINAL DOCKET FOR CASE #: 4:15-cr-00089-AWA-LRL-1

| | |
|---|---|
| Case title: USA v. Smith | Date Filed: 11/18/2015<br>Date Terminated: 05/27/2016 |

Assigned to: District Judge Arenda L. Wright Allen
Referred to: Magistrate Judge Lawrence R. Leonard

### Defendant (1)

**Joseph Smith, III**     represented by     **Andrew William Grindrod**
*TERMINATED: 05/27/2016*                    Office of the Federal Public Defender - Norfolk
                                             150 Boush St
                                             Suite 403
                                             Norfolk, VA 23510
                                             (757) 457-0800
                                             Fax: (757) 457-0880
                                             Email: andrew_grindrod@fd.org
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| T. 18, USC 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm and Ammunition\T. 18, USC 924(d)(1) by T. 28, USC 2461(c) - Criminal Forfeiture (1) | IMPRISONMENT: FIFTEEN (15) MONTHS; SUPERVISED RELEASE: THREE (3) YEARS; SPECIAL ASSESSMENT: $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Conor Mulroe**<br>United States Attorney Office (Newport News-NA)<br>721 Lakefront Commons<br>Suite 300<br>Newport News, VA 23606<br>**NA**<br>757-591-4028<br>Fax: 757-591-0866<br>Email: Conor.Mulroe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney*<br><br>**Jeremy R. Jehangiri**<br>Department of Justice<br>Criminal Division/Capital Case Section<br>1331 F St, NW<br>Washington, DC 20005<br>NA<br>Email: jeremy.jehangiri@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dee Mullarkey Sterling**<br>United States Attorney's Office<br>721 Lakefront Commons<br>Suite 300<br>Fountain Plaza Three<br>Newport News, VA 23606<br>(757) 591-4000<br>Fax: (757) 591-0866<br>Email: dee.sterling@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew K Hoff**<br>United States Attorney Office (Newport News)<br>721 Lake Front Commons<br>Suite 300<br>Newport News, VA 23606<br>NA |

Email: matthew.hoff2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2015 | 1 | CRIMINAL INDICTMENT FILED IN OPEN COURT 11/18/15, as to Joseph Smith, III (1) count(s) 1. On motion of the Government, the Court DIRECTED a warrant to be issued. (ecav, ) (Additional attachment(s) added on 11/19/2015: # 1 Deft. Info Sheet) (ecav, ). (Entered: 11/18/2015) |
| 11/18/2015 | 4 | Arrest Warrant Issued and delivered to USM as directed by Magistrate Judge Robert J. Krask, as to Joseph Smith, III. (ecav, ) (Entered: 11/18/2015) |
| 12/22/2015 | | Set Hearings as to Joseph Smith, III: Initial Appearance set for 12/22/2015 at 02:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Douglas E. Miller. (lwoo) (Entered: 12/22/2015) |
| 12/22/2015 | | Arrest of Joseph Smith, III (ecav, ) (Entered: 12/22/2015) |
| 12/22/2015 | 5 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: Initial Appearance as to Joseph Smith, III held on 12/22/2015. **Appearances**: AUSA Kevin Hudson, present, for the Government; deft. present, in custody. Deft. advised of rights, charges and right to counsel; counsel desired; Court DIRECTED appointment of counsel; Govt. motion for detention; TEMPORARY DETENTION ORDERED. Set/Reset Hearings as to Joseph Smith, III: Detention Hearing set for 12/28/2015 at 02:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Robert J. Krask. Deft. remanded to custody of USM.(Court Reporter FTR.)(ecav, ) (Entered: 12/23/2015) |
| 12/22/2015 | 6 | Arrest Warrant Returned Executed on 12/22/15 and filed in open court 12/22/15, as to Joseph Smith, III. (ecav, ) (Entered: 12/23/2015) |
| 12/22/2015 | 7 | CJA 23 Financial Affidavit filed in open court, as to Joseph Smith, III. (ecav, ) (Entered: 12/23/2015) |
| 12/22/2015 | 8 | Temporary Detention Order entered and filed in open court 12/22/15, as to Joseph Smith, III. (Signed by Magistrate Judge Douglas E. Miller on 12/22/15). (ecav, ) (Entered: 12/23/2015) |
| 12/28/2015 | 9 | Minute Entry for Arraignment and Detention Hearing as to Joseph Smith, III held 12/28/15 before Magistrate Judge Robert J. Krask. Defendant present, in custody. Defendant waives detention hearing. Arraignment held. Defendant waived formal arraignment, entered plea of not guilty, wishes to appear at preliminary hearings and demands trial by jury. Preliminary motions deadline 1/11/16. Jury Trial set for 3/1/2016 at 10:00 AM in Newport News Courtroom 1 before District Judge Arenda L. Wright Allen. Defendant remanded. **Appearances**: AUSA Kevin Hudson for the Government, AFPD Kirsten Kmet for defendant. (Court Reporter FTR.)(lwoo) (Entered: 12/28/2015) |
| 12/28/2015 | 10 | Agreed Discovery Order as to Joseph Smith, III. Signed by Magistrate Judge Robert J. Krask on 12/28/15. (lwoo) (Entered: 12/28/2015) |

| Date | # | Description |
|---|---|---|
| 12/29/2015 | 11 | ORDER OF DETENTION entered and filed 12/29/15, as to Joseph Smith, III. (Signed by Magistrate Judge Robert J. Krask on 12/29/15). (ecav, ) (Entered: 12/29/2015) |
| 01/07/2016 | 12 | NOTICE OF ATTORNEY APPEARANCE Jeremy R. Jehangiri appearing for USA. (Jehangiri, Jeremy) (Entered: 01/07/2016) |
| 01/11/2016 | 13 | MOTION to Suppress by Joseph Smith, III. (Grindrod, Andrew) Modified on 2/10/2016 to terminate motion. Notice of Withdrawal of Motion filed ECF 16 (tbro). (Entered: 01/11/2016) |
| 01/19/2016 | 14 | RESPONSE in Opposition by USA as to Joseph Smith, III re 13 MOTION to Suppress (Jehangiri, Jeremy) (Entered: 01/19/2016) |
| 01/29/2016 | | Motion Hearing 13 MOTION to Suppress set for 2/12/2016 at 11:00 AM in Norfolk Courtroom 3 before District Judge Arenda L. Wright Allen. (lhow) (Entered: 01/29/2016) |
| 02/02/2016 | 15 | 2 Blank Subpoenas issued on behalf of defendant, Joseph Smith, III (afar) (Entered: 02/03/2016) |
| 02/10/2016 | 16 | NOTICE *of Withdrawal of Motion* by Joseph Smith, III re 13 MOTION to Suppress (Grindrod, Andrew) (Entered: 02/10/2016) |
| 02/10/2016 | | Set Hearings as to Joseph Smith, III: Plea Agreement Hearing set for 2/11/2016 at 02:00 PM in Newport News Courtroom 2 before Magistrate Judge Lawrence R. Leonard. (cdod, ) (Entered: 02/10/2016) |
| 02/11/2016 | 17 | ORDER authorizing a United States Magistrate Judge to conduct guilty plea proceedings. Signed by District Judge Arenda L. Wright Allen and filed on 2/11/16. (tbro) (Entered: 02/12/2016) |
| 02/11/2016 | 18 | Consent - Waiver of Right to Rule 11 before a US District Judge by Joseph Smith, III (lhow) (Entered: 02/12/2016) |
| 02/11/2016 | 19 | Plea Agreement Hearing held before Magistrate Judge Lawrence R. Leonard on 2/11/2016: Jeremy Jehangiri present on behalf of the government; Andrew Grindrod present on behalf of the defendant; Defendant present and in custody; Defendant sworn; Court explained to the defendant that by pleading guilty he waived his right to appeal; Plea entered by Joseph Smith III (1) Guilty: Count 1. Sentencing set for 5/19/2016 at 11:00 AM in Norfolk Courtroom 2 before District Judge Arenda L. Wright Allen. Defendant remanded to the custody of the USM.(Court Reporter Heidi Jeffries.)(lhow) (Entered: 02/12/2016) |
| 02/11/2016 | 20 | PLEA AGREEMENT as to Joseph Smith, III filed in open court. (lhow) (Entered: 02/12/2016) |
| 02/11/2016 | 21 | Statement of Facts as to Joseph Smith, III filed in open court. (lhow) (Entered: 02/12/2016) |
| 02/11/2016 | 22 | Order Accepting Plea of Guilty as to Joseph Smith, III. Signed by Magistrate Judge Lawrence R. Leonard and filed on 2/11/16. (lhow) (Entered: 02/12/2016) |
| 02/11/2016 | 23 | Sentencing Procedures Order as to Joseph Smith, III. Signed by Magistrate Judge Lawrence R. Leonard and filed on 2/11/16. (lhow) (Entered: 02/12/2016) |
| 02/16/2016 | 24 | Consent ORDER OF FORFEITURE as to Joseph Smith, III. Signed by District Judge Arenda L. Wright Allen on 2/16/2016. (bgra) (Entered: 02/16/2016) |

| | | |
|---|---|---|
| 02/29/2016 | 25 | NOTICE OF ATTORNEY APPEARANCE Matthew K Hoff appearing for USA. (Hoff, Matthew) (Entered: 02/29/2016) |
| 03/16/2016 | | Reset (location change) sentencing as to Joseph Smith, III for 5/19/2016 at 11:00 AM in Norfolk Courtroom 3 before District Judge Arenda L. Wright Allen. (lhow) (Entered: 03/16/2016) |
| 04/05/2016 | 26 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) as to Joseph Smith, III. Objections to PSI due 04/21/2016. (jones, marycarol) (Entered: 04/05/2016) |
| 05/04/2016 | 27 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Joseph Smith, III. (jones, marycarol) (Entered: 05/04/2016) |
| 05/06/2016 | 29 | NOTICE *of Publication and Finality of Consent Order of Forfeiture* by Joseph Smith, III re 24 Consent Order for Forfeiture of Property (Attachments: # 1 Exhibit Declaration of Publication)(Hudson, Kevin) (Entered: 05/06/2016) |
| 05/12/2016 | 30 | Position on Sentencing by USA as to Joseph Smith, III (Hoff, Matthew) (Entered: 05/12/2016) |
| 05/12/2016 | 31 | Position on Sentencing by Joseph Smith, III (Attachments: # 1 Exhibit 1 - Statement of Joseph Smith, III (Defendant), # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 -, # 6 Exhibit 6, # 7 Letter from Kerri Thurman, # 8 Letter from Sonya Levasseur, # 9 Letter from Kim Smith, # 10 Letter from Charvesse Miller, # 11 Letter from Hamaji Miller, # 12 Letter from Joseph Smith, Jr., # 13 Letter from Tajh Smith, # 14 Letter from Merv Hyndman, # 15 Letter from Linda Davis, # 16 Letter from Tracey Bowser, # 17 Letter from Katie Gilbert)(Grindrod, Andrew) (Entered: 05/12/2016) |
| 05/19/2016 | 32 | Sentencing held before District Judge Arenda L. Wright Allen on 5/19/2016: Matthew Hoff present on behalf of the government; Andrew Grindrod present on behalf of the defendant; Defendant present and in custody; Defendant sworn; Arguments of counsel heard. Joseph Smith, III (1), Count 1, IMPRISONMENT: FIFTEEN (15) MONTHS; SUPERVISED RELEASE: THREE (3) YEARS; SPECIAL ASSESSMENT: $100.00. Defendant remanded to the custody of the USM (Court Reporter Jody Stewart.)(lhow) (Entered: 05/19/2016) |
| 05/27/2016 | 33 | JUDGMENT as to Joseph Smith, III (1), Count 1: IMPRISONMENT: FIFTEEN (15) MONTHS; SUPERVISED RELEASE: THREE (3) YEARS; SPECIAL ASSESSMENT: $100.00. The defendant is remanded to the custody of the United States Marshal. Signed by District Judge Arenda L. Wright Allen on 5/26/16 and filed 5/27/16. Copies distributed to all parties 5/27/16. (ldab, ) (Entered: 05/27/2016) |
| 05/27/2016 | 34 | Sealed Statement of Reasons as to Joseph Smith, III. Signed by District Judge Arenda L. Wright Allen on 5/26/16 and filed 5/27/16. (ldab, ) (Entered: 05/27/2016) |
| 09/11/2017 | 35 | Waiver of Hearing to modify conditions of probation/supervised release, entered and filed 9/11/17, as to Joseph Smith, III. (Signed by District Judge Arenda L. Wright Allen on 9/11/17). Copies provided 9/11/17. (ecav, ) (Entered: 09/11/2017) |
| 12/04/2017 | 36 | Waiver of Hearing to modify conditions of probation/supervised release, entered and filed 12/4/17, as to Joseph Smith, III. (Signed by District Judge Arenda L. Wright Allen on 12/4/17). Copies provided 12/4/17. (ecav, ) (Entered: 12/04/2017) |

| | | |
|---|---|---|
| 04/18/2018 | 37 | Petition and Order on Supervised Release as to Joseph Smith, III directing a Warrant to be issued. Signed by District Judge Arenda L. Wright Allen on 04/17/18. (jjon) (Entered: 04/18/2018) |
| 04/18/2018 | 38 | Arrest Warrant Issued by District Judge Arenda L. Wright Allen and delivered to USM in case as to Joseph Smith, III. (jjon) (Entered: 04/18/2018) |
| 04/18/2018 | 40 | NOTICE OF ATTORNEY APPEARANCE Dee Mullarkey Sterling appearing for USA. (Sterling, Dee) (Entered: 04/18/2018) |
| 09/04/2019 | 41 | Addendum to Petition on Supervised Release as to Joseph Smith, III. Signed by District Judge Arenda L. Wright Allen on 9/3/2019. (dcou, ) (Entered: 09/04/2019) |